829 A.2d 664

**In the Matter of John George TAKACS.**

**Petition for reinstatement.**

**No. 174 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 4, 2003.

### ORDER

PER CURIAM.

AND NOW, this 4th day of June, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board

of the Supreme Court of Pennsylvania dated April 4, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.